UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jermaine Lamont Bullock**　　　　　　　　　　　Docket No. 5:15-CR-263-1BO

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jermaine Lamont Bullock, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 19, 2016, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jermaine Lamont Bullock was released from custody on October 13, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 18, 2017, the defendant submitted a urine sample that tested positive for marijuana. On November 14, 2017, a violation report was filed recommending that a motion for modification be filed to add the drug aftercare condition to address the use of illegal substances as it was not ordered in the defendant's original judgment. The Court concurred with the recommendation and the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　/s/ Amir A. Hunter
Jeffrey L. Keller　　　　　　　　　　　　　Amir A. Hunter
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　Phone: 919.861.8663
　　　　　　　　　　　　　　　　　　　　　Executed On: January 11, 2018

Jermaine Lamont Bullock
Docket No. 5:15-CR-263-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __January__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge